BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: DIGITAL ADVERTISING ANTITRUST LITIGATION      MDL No. 3010

NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER (CTO-7)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Affilious, Inc., Jessyca Frederick, Mark Young, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, and Katherine Looper submit this opposition to Conditional Transfer Order (CTO-7) as it relates to the following case.

**KLEIN v. META PLATFORMS, INC., United States District Court for the Northern District of California, No. 3:20-cv-08570-JD.**

Dated:  March 28, 2022                                                Respectfully submitted,

**BATHAEE DUNNE LLP**                                          **SCOTT+SCOTT,**
                                                                                       **ATTORNEYS AT LAW, LLP**

/s/ Yavar Bathaee                                                      /s/ Christopher M. Burke
Yavar Bathaee (CA 282388)                                    Christopher M. Burke (CA 214799)
yavar@bathaeedunne.com                                    cburke@scott-scott.com
Edward M. Grauman (*pro hac vice*)                  David H. Goldberger (CA 225869)
egrauman@bathaeedunne.com                          dgoldberger@scott-scott.com
Andrew C. Wolinsky (*pro hac vice*)                  Kate Lv (CA 302704)
awolinsky@bathaeedunne.com                         klv@scott-scott.com
445 Park Avenue, 9th Floor                                   Hal D. Cunningham (CA 243048)
New York, NY 10022                                              hcunningham@scott-scott.com
Tel.: (332) 322-8835                                                Daniel J. Brockwell (CA 335983)
                                                                                  dbrockwell@scott-scott.com
Brian J. Dunne (CA 275689)                                  600 W. Broadway, Suite 3300
bdunne@bathaeedunne.com                              San Diego, CA  92101
633 West Fifth Street, 26th Floor                         Tel.: (619) 233-4565
Los Angeles, CA 90071                                         Fax: (619) 233-0508
Tel.: (213) 462-2772

Kristen M. Anderson (CA 246108)
kanderson@scott-scott.com
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

Patrick J. McGahan (*pro hac vice*)
pmcgahan@scott-scott.com
Michael P. Srodoski (*pro hac vice*)
msrodoski@scott-scott.com
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Fax: (860) 537-4432

*Interim Co-Lead Counsel for the Advertiser Class*

| **LEVIN SEDRAN & BERMAN LLP** | **AHDOOT & WOLFSON, PC** |
|---|---|
| Keith J. Verrier (*pro hac vice*) <br> Austin B. Cohen (*pro hac vice*) <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA 19106-3997 <br> Tel.: (215) 592-1500 <br> Fax:  (215) 592-4663 <br> kverrier@lfsblaw.com <br> acohen@lfsblaw.com | Tina Wolfson (CA 174806) <br> Robert Ahdoot (CA 172098) <br> Theodore W. Maya (CA 223242) <br> Henry J. Kelson (*pro hac vice*) <br> 2600 West Olive Avenue, Suite 500 <br> Burbank, CA 91505 <br> Tel.: (310) 474-9111 <br> Fax: (310) 474-8585 <br> twolfson@ahdootwolfson.com <br> rahdoot@ahdootwolfson.com <br> tmaya@ahdootwolfson.com <br><br> Andrew William Ferich <br> Ahdoot & Wolfson PC <br> 201 King of Prussia Rd. <br> Suite 650 <br> Radnor, PA 19087 <br> Tel.: (310) 474-9111 <br> Fax: (310) 474-8585 <br> Email: aferich@ahdootwolfson.com |

*Members of Executive Committee for the Advertiser Class*